| | | |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Jeanine Brunson<br>Special Agent: Steven Bailey | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

United States of America
v.

Preston PIERCE

Case No.
Case: 2:21-mj-30045
Assigned To : Unassigned
Assign. Date : 1/22/2021
Description: RE: PRESTON PIERCE
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 14, 2020_____ in the county of _____Jackson_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Manufacture, distribute, dispense, possess a controlled substance |
| 21 U.S.C. 841(b)(1)(B)(viii) | Possession with intent to distribute controlled substances |
| 21 U.S.C. 841(b)(1)(C) | Possession with intent to distribute |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Steve Bailey*
Complainant's signature

Special Agent Steven Bailey - ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 22, 2021

*David G. M____*
Judge's signature

City and state: Detroit, Michigan

Honorable David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Steven Bailey, being duly sworn, state as follows:

## I.   INVESTIGATION AND AGENT BACKGROUND

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since July 2001. Since that time, I have been involved in numerous investigations into the unlawful use and possession of firearms, the importation as well as the possession with intent to distribute controlled substances; drug related laundering of monetary instruments and conspiracies associated with narcotics offenses. To successfully conduct these investigations, I have utilized a variety of investigative techniques and resources, such as physical and electronic surveillance. Through these investigations, and my experience, and conversations with other agents and law enforcement personnel, I have become familiar with the methods used by traffickers to smuggle and safeguard narcotics, to distribute narcotics, and to collect and launder drug proceeds. These investigations have resulted in the arrest and conviction of numerous criminal defendants on both federal and state narcotics violations.

2. During my tenure with ATF, I have been specifically involved in numerous controlled substance related investigations resulting in arrests and convictions of individuals for violations of Title 21, United States Code, Sections 841 and 846, as well as firearm related offenses. The information set forth in this complaint is based upon my personal knowledge and participation in the investigation described below, as well as information provided to me by other law enforcement officers. I have not set forth all of the information known to me or known to other law enforcement officers concerning this matter.

3. I respectfully submit that the facts set forth in this complaint establish probable cause to believe that during August 2020, in Jackson County, located in the Eastern District of Michigan, Preston PIERCE., knowingly possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule I controlled substance, in violation of Title 21, United States Code

1

Section 841(a)(1) and (b)(1)(B)(viii) and possessed with intent to distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code Section 841(a)(1), (b)(1)(c) and possession with intent to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## II.   INVESTIGATION AND PROBABLE CAUSE

4. Throughout August 2020, ATF and the Michigan State Police (MSP) Jackson Narcotics Enforcement Team (JNET) have been investigating the drug trafficking activities of Preston PIERCE for distributing controlled substances in violation of Title 21, United States Code, Sections 841(a). This investigation has revealed that PIERCE is based in Jackson, MI and distributed controlled substances from his residence located at 1xx E. Robinson St, Jackson, MI.

5. On August 14, 2020, MSP in conjunction with ATF served a search warrant at the 1xx E. Robinson St, Jackson, MI. Inside the home at the time of the search warrant was Preston PIERCE and his girlfriend.

6. During a search of PIERCE'S residence, investigators located approximately 250 grams of crystal methamphetamine, 7 grams of heroin, 34 grams of fentanyl in addition to drug packaging supplies, drug paraphernalia, cash and residency documents in the name of Preston PIERCE.

7. ATF S/A Bailey conducted a Post-Miranda interview with PIERCE, who admitted to possessing of all the crystal methamphetamine, heroin, fentanyl and other contraband found during the search warrant at his home. PIERCE told S/A Bailey that on August 13, 2020, he purchased approximately 8 ounces of crystal methamphetamine for $2,500 from a source of supply in Detroit, MI and brought the crystal methamphetamine back to his home at 1xx E. Robinson St, Jackson, MI with the intention to sell the drugs. Furthermore, PIERCE admitted to having pound quantities of crystal methamphetamine shipped via the mail to various locations around Jackson,

MI. PIERCE admitted that he purchased the heroin in August 2020 from a source of supply whom he identified as "BIRD" in Jackson, MI.

8. Finally, I have examined Preston PIERCE'S criminal history and he is currently on federal supervised release in the Eastern District of Michigan for drugs and possession of a machine gun. PIERCE has previous felony convictions, which include Manufacture/Delivery of a Controlled Substance, Felony Firearm, and attempt felony for Unlawful Driving Away an Automobile and Breaking and Entering.

## III. CONCLUSION

9. Based upon the foregoing information, I believe there is probable cause to charge that Preston PIERCE, knowingly possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule I controlled substance, in violation of Title 21, United States Code 841(a)(1) and (b)(1)(B)(viii), and possessed with intent to distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code Section 841(a)(1), (b)(1)(c) and possession with intent to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

Steven Bailey, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable David R. Grand
United States Magistrate Judge

Dated:   January 22, 2021

3